### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

D.C. TEACHERS' FEDERAL CREDIT UNION,

      *Plaintiff,*

v.

L.F. JENNINGS, INC., *et al.*,

      *Defendants.*

Civil Action No. 19-cv-01126 (JEB)

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT JOHNSON DEVELOPMENT ASSOCIATES, INC.

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff District of Columbia Teachers' Federal

Credit Union dismisses Defendant Johnson Development Associates, Inc. and all claims against

it without prejudice.

Date: May 8, 2019

Respectfully submitted,

    \_\_\_\_/s/_____
Curtis A. Boykin, DC Bar 444120
Tram T. Pham, DC Bar 1034963
**DOUGLAS & BOYKIN PLLC**
1850 M Street NW, Ste. 640
Washington, DC 20036
202.776.0370
202.776.0975 (fax)
caboykin@douglasboykin.com
tpham@douglasboykin.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 78 2019, a copy of the foregoing Notice was served upon the following counsel via the Court's electronic filing system:

Debolina Das, Esquire
Alston & Bird
The Atlantic Building
950 F Street, NW
Washington, DC 20004-1404
*Attorney for Defendant Johnson Development Associates, Inc.*

Beth P. Evans, Esquire
KRAMON & GRAHAM, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202-3201
(410) 752-6030
bevans@kg-law.com
*Attorney for Defendant L.F. Jennings, Inc.*


___/s/_____
Tram T. Pham

2