**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| D.C. TEACHERS' FEDERAL CREDIT UNION,<br><br>    *Plaintiff,*<br><br>v.<br><br>L.F. JENNINGS, INC., *et al.*,<br><br>    *Defendants.* | Civil Action No. 19-cv-01126 (JEB) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby submit this joint stipulation to dismiss with prejudice the above-captioned matter with each party bearing their own costs and expenses. Additionally, the parties have entered into a settlement agreement, dated September 16, 2020. The parties further request that this Court retain jurisdiction to enforce the agreement, if that becomes necessary. A proposed Order is attached for the Court's consideration.

[SIGNATURES ON FOLLOWING PAGE]

| | |
|---|---|
| November 2, 2020 | Respectfully submitted,<br>/s/      Tram T. Pham<br>Curtis A. Boykin, DC Bar No. 444120<br>Tram Pham, DC Bar No. 1034963<br>**DOUGLAS & BOYKIN, PLLC**<br>1850 M. Street NW, Ste. 640<br>Washington, DC 20036 T. 202 776.0370<br>F. 202 776.0975<br>caboykin@douglasboykin.com<br>tpham@douglasbokin.com<br>*Counsel for Plaintiff* |

                              /s/
Brian S. Goodman
Goodman & Donohue LLC
9199 Reisterstown Road
Suite 213 C
Owings Mills, MD 21117
443-824-0659
brian@goodmandonohue.com
*Attorney for L.F. Jennings, Inc.*

                              /s/
Calvin T. Vick, Jr.
Hudson Lambert Parrott Walker, LLC
201 W. McBee Avenue
Suite 450
P.O. Box 908 (29602)
Greenville, SC 29601
Phone: 864-235-8938
Fax: 864-235-6866
Email: tvick@hlpwlaw.com
*Attorney for JSF 2nd Street NE CMPI, LLC and JSF Management, LLC*

                              /s/
Debolina Das, D.C. Bar No. 1510783
Alston & Bird LLP
950 F Street, NW
Washington, DC 20004-1404
(202) 230-3728
debolina.das@alston.com

*Attorney for JSF 2nd Street NE CMPI, LLC and JSF Management, LLC*

/s/ Dalene A. Radcliffe
Jonathan C. Shoemaker, Esq.
USDC DC Bar No. 1009647
Dalene A. Radcliffe, Esq.
USDC DC Bar No. 1024030
LEE/SHOEMAKER PLLC
1400 Eye Street, NW, Suite 200
Washington, DC 20005
(202) 971-9400
jcs@leeshoemaker.com
dar@leeshoemaker.com
*Counsel for Third-Party Defendant Powers Brown Architecture of Virginia, LLC*

/s/ Stephan F. Andrews
Stephan F. Andrews (DC Bar 497228)
J. Brandon Sieg (DC Bar 208832) (D.D.C. application pending)
O'HAGAN MEYER
411 E. Franklin Street, Suite 500
Richmond, VA 23219
Phone: (804) 403-7100
sandrews@ohaganmeyer.com
bsieg@ohaganmeyer.com
*Counsel for Bohler Engineering Va, PLLC*

**CERTIFICATE OF SERVICE**

I, Tram T. Pham, hereby certify that on November 2, 2020, this Joint Stipulation of Dismissal was served on all counsel and parties of record *via* the Court's electronic filing system.

　　　/s/　Tram T. Pham_____
　　　Tram T. Pham

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| D.C. TEACHERS' FEDERAL CREDIT UNION,<br><br>    *Plaintiff,*<br><br>v.<br><br>L.F. JENNINGS, INC., *et al.*,<br><br>    *Defendants.* | Civil Action No. 19-cv-01126 (JEB) |

## [PROPOSED] ORDER

UPON CONSIDERATION of the parties' Joint Stipulation of Dismissal, it is on this

____ day of October 2020, hereby

ORDERED that the above-captioned matter is DISMISSED with prejudice; it is further

ORDERED that this Court will retain jurisdiction of this matter for purposes of enforcing the parties' settlement agreement which is dated September 16, 2020.

SO ORDERED.

                                                                                                  _____
                                                                                                   JAMES E. BOASBERG
                                                                                                   JUDGE FOR THE UNITED STATES DISTRICT
                                                                                                   COURT FOR THE DISTRICT OF COLUMBIA